# In The United States Court of Federal Claims

No. 12-909C

(Filed: February 19, 2013)

_____

TIM FARRELL and
NANCY FARRELL,

          Plaintiffs,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On February 15, 2013, defendant filed an unopposed motion for an enlargement of time in which to file a response to plaintiffs' complaint. The motion is hereby **GRANTED**. On or before April 26, 2013, defendant shall file its response.

**No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

                                             s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge