# In The United States Court of Federal Claims

No. 12-909C

(Filed: April 17, 2013)

_____

TIM FARRELL and
NANCY FARRELL,

          Plaintiffs,

   v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On April 16, 2013, plaintiffs filed what purported to be an amended complaint. Pursuant to Rule 15 of the Rules of the Court of Federal Claims, that amended complaint is hereby deemed filed. Accordingly, on or before June 17, 2013, defendant shall file its response to plaintiffs' amended complaint.

   **IT IS SO ORDERED.**

                                           s/ Francis M. Allegra
                                           Francis M. Allegra
                                           Judge