# In The United States Court of Federal Claims

No.  12-909C

(Filed:  July 29, 2013)
_____

TIM FARRELL and
NANCY FARRELL,

          Plaintiffs,

    v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**
_____

On July 25, 2013, plaintiffs filed a notice requesting judicial notice.  On or before August 8, 2013, defendant shall file a response.

**IT IS SO ORDERED.**


          s/ Francis M. Allegra_____
          Francis M. Allegra
          Judge