# In The United States Court of Federal Claims

No.  12-909C

(Filed:  August 9, 2013)

_____

TIM FARRELL and
NANCY FARRELL,

                Plaintiffs,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On July 25, 2013, plaintiffs filed a notice requesting judicial notice.  On August 8, 2013, defendant filed its response.  The court will take judicial notice of the filing of the complaint identified in plaintiffs' request.

**IT IS SO ORDERED.**

s/ Francis M. Allegra _____
Francis M. Allegra
Judge